**This document was signed electronically on March 15, 2011,
which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: March 15, 2011**

_____
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

BK1100755
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 11-10055 |
| Robert D. Johnson | Chapter 7<br>Judge Morgenstern-Clarren |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT<br>17831 HILLGROVE AVENUE, CLEVELAND, OH 44119** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 17831 Hillgrove Avenue Cleveland, OH 44119.

###

SUBMITTED BY:


/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Ameritech Publishing, Inc. - Creditor
1300 East Ninth Street
C/o CT Corporation System, Statutory Agent Suite 1010
Cleveland, OH 44114
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Charles W Fonda, Esq. - Attorney for Debtor
75 Public Sq
#650
Cleveland, OH 44113
cwaltf@aol.com
VIA ELECTRONIC SERVICE

Gerald E. Fuerst, Clerk of Courts - Creditor
1200 Ontario Street
Cleveland, OH 44113
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Robert D. Johnson - Debtor
25051 Glenbrood Road
Euclid, OH 44117
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Ohio Housing Finance Agency - Creditor
57 South High Street
Floor 26
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

State of Ohio, Department of Taxation - Creditor

150 E. Gay Street
C/o Ohio Attorney General Revenue Recovery 21st Floor
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Sheldon Stein - Trustee
50 Public Square
Suite 400 P.O. 5606
Cleveland, OH 44101
sstein@epiqtrustee.com
VIA ELECTRONIC SERVICE